**Order entered November 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00895-CR

**ERRINGTON CHARLES HATCH, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F08-60670-K**

## ORDER

The Court **DENIES** appellant's October 18, 2013 motion to extend time to file his brief.

Appellant did not tender his brief within the time period sought in the motion.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

/s/    LANA MYERS
        JUSTICE